**93–1118.** State ex rel. May v. Hendon. *Hamilton County,* No. C–920381. On motions for *pro se* attorney fees. Motions denied.

**93–1165.** Wilkinson v. Maurer. *Franklin County,* Nos. 92AP–674, 92AP–675, 92AP–677, 92AP–678, 92AP–680 and 92AP–1297. On motions for leave to file *amicus* of Catholic Conference of Ohio, American Civil Liberties Union of Ohio Foundation, and Law Professors' Brief *Amicus Curiae* Committee: Steven H. Steinglass, Professor of Law, Cleveland–Marshall College of Law, Cleveland State University; Melvyn R. Durchslag, Professor of Law, Case Western Reserve University Law School; Margery B. Koosed, Professor of Law, University of Akron, C. Blake McDowell Law Center; Richard L. Aynes, Professor of Law, University of Akron, C. Blake McDowell Law Center; J. Dean Carro, Associate Professor of Law, University of Akron, C. Blake McDowell Law Center; Jonathan L. Entin, Professor of Law, Case Western Reserve University Law School; Daniel T. Kobil, Associate Professor of Law, Capital University Law School; Donald E. Lively, Professor of Law, University of Toledo College of Law; Wilson R. Huhn, Professor of Law, University of Akron, C. Blake McDowell Law Center; Edward A. Mearns, Professor of Law, Case Western Reserve University Law School; Elizabeth A. Reilly, Professor of Law, University of Akron, C. Blake McDowell Law Center; William D. Rich, Professor of Law, University of Akron, C. Blake McDowell Law Center; Richard B. Saphire, Professor of Law, University of Dayton School of Law; Louis A. Jacobs, Professor of Law, Ohio State University College of Law; and LeRoy Pernell, Professor of Law, Ohio State University College of Law. Motions granted.

WRIGHT, J., not participating.

**93–1449.** State ex rel. Haddix v. Indus. Comm. *Franklin County,* No. 92AP–858. On request for oral argument. Request denied.

**93–1599.** State ex rel. Lopez v. Indus. Comm. *Franklin County,* No. 92AP–286. On request for oral argument. Request denied.

F.E. SWEENEY, J., dissents.

**93–1600.** Caddell v. Ohio Bur. of Workers' Comp. *Franklin County,* No. 92AP–1466. On motion for leave to file *amicus* of Ohio AFL–CIO et al. Motion granted.

**93–1616.** Zoppo v. Homestead Ins. Co. *Cuyahoga County,* No. 62926. On motion for leave to file *amicus* of Erie County Board of Commissioners. Motion granted.

**93–2332.** Advance Transfer Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–506–TR–ACE, 90–507–TR–ACE, 90–508–TR–ACE and 90–509–TR–ACE. On motion for leave to intervene of Andrew Moving & Storage Company. Motion granted.

**93–2449.** Carr's Moving & Storage Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–506–TR–ACE, 90–507–TR–ACE, 90–508–TR–ACE and 90–509–TR–ACE. On motion for leave to intervene of Andrew Moving & Storage Company. Motion granted.

**93–2501.** Cincinnati v. Pub. Util. Comm. Public Utilities Commission, No. 92–1464–EL–AIR. On motion for leave to intervene of Cincinnati Gas & Electric Company. Motion granted.

**93–2630.** State v. Ulis. *Lucas County,* No. L–90–264. On motion to consolidate with 93–2633, *State v. McWhite,* Lucas County, No. L–92–320. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**94–14.** State v. Kimbro. *Lorain County,* No. 90CA004845. On motion for leave to supplement memorandum in support. Motion granted.

WRIGHT, RESNICK and PFEIFER, JJ., dissent.